## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Case No. 20-02011-als11 |
| | ) | |
| **METRO CONCRETE, INC.** | ) | Chapter 11 (Subchapter V) |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Anita L. Shodeen |
| | ) | |
| 1713 S. 11th Ave E | ) | **DEBTOR'S *EX PARTE* APPLICATION** |
| Newton, IA  50208 | ) | **FOR EXPEDITED HEARINGS ON** |
| | ) | **DEBTOR'S EMERGENCY FIRST DAY** |
| EIN:  82-5063674 | ) | **MOTIONS** |
| | ) | |
| | ) | No Hearing Set |

Metro Concrete, Inc. ("Metro" or the "Debtor"), Debtor and Debtor in Possession herein, by and through its Proposed General Reorganization Counsel, Jeffrey D. Goetz, Esq., of the law firm of Bradshaw, Fowler, Proctor & Fairgrave, P.C., respectfully files the instant *Ex Parte* Application for Expedited Hearings on its two (2) Emergency First Day Motions, and would show this Honorable Court as follows:

1)      Contemporaneous with the filing of this Application ("*Ex Parte* Application"), the Debtor has filed two (2) Emergency First Day Motions:

a)      the first a Motion for Order Authorizing Interim Use of Cash Collateral and Providing Post-Petition Liens (Docket Item 8); and

b)      the second a Motion for Order Authorizing Debtor to Honor Pre-petition Obligations to Employees (Docket Item 9).

2)      The Debtor has filed several First Day Motions in this case, but only two have been captioned as Emergency Motions, as they argue for emergency relief, because of the critical nature and timing of the relief sought.  Both Motions argue for the emergency nature of the relief

sought in each, one for interim use of cash collateral, the other for payment of employees, and why an expedited first day hearing on said Motions is critical and warranted for the future successful reorganization of Metro.

3) The Debtor would respectfully request the Court schedule an expedited hearing on both Emergency Motions as soon as possible on or before Wednesday afternoon, November 4, 2020, so the Emergency Motions can be timely heard and resolved in a judicially economical and expeditious manner.

WHEREFORE, the Debtor respectfully requests the Court grant the instant *Ex Parte* Application and schedule a hearing on the two Emergency First Day Motions only for interim use of cash collateral and payment of employees' wages on or before Wednesday afternoon, November 4, 2020, or such other time as the Court may accommodate the Debtor on an emergency and expedited basis; and for such other and further relief as may be just and equitable under the circumstances.

Dated: 11/3/2020

*/s/     Jeffrey D. Goetz*
Jeffrey D. Goetz, Esq., AT0002832
Bradshaw Fowler Proctor & Fairgrave P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
515/246-5817
515/246-5808 FAX
goetz.jeffrey@bradshawlaw.com

Proposed General Reorganization Counsel

I, Jeffrey D. Goetz, Esq., the Proposed General Reorganization Counsel for the Debtor and Debtor in Possession herein, declare under penalty of perjury under the laws of the United

-3-

States and the laws of the State of Iowa, that I have reviewed the above *Ex Parte* Application and to the best of my knowledge and information, I believe the statements therein to be true and correct and executed this 3rd day of November, 2020 in Des Moines, Iowa.

Dated: 11/3/2020

/s/    Jeffrey D. Goetz
Jeffrey D. Goetz, Esq., AT0002832
Bradshaw Fowler Proctor & Fairgrave P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
515/246-5817
515/246-5808 FAX
goetz.jeffrey@bradshawlaw.com

Proposed General Reorganization Counsel

CERTIFICATE OF SERVICE

This document with attachment was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

/s/    Barbara Warner